UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:17-CR-595 RLW |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| AHMAAD ALI, | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

**IT IS ORDERED** that the Motion (ECF No. 210) is: ☒ **DENIED** after complete review of the motions on the merits.

☒ **FACTORS CONSIDERED**.

The Court finds that Defendant has exhausted administrative remedies. Defendant has filed a second, emergency motion seeking compassionate release based on extraordinary and compelling reasons under 18 U.S.C. § 3582(c)(1)(A)(i), specifically, that he is a twenty-seven-year-old Black man with asthma and COPD, and the living conditions and COVID outbreak at USP Lompoc place him at particular risk of death or serious illness from COVID-19.

The Court previously denied Defendant's motion for compassionate release based on his health conditions because Defendant had rejected the opportunity to take the offered COVID-19 vaccine. (ECF No. 206 at 3.) The Court held that "Defendant's refusal to comply with recommended medical care, the COVID-19 vaccine, makes him ineligible for compassionate

release." (Id.)  Defendant's current motion states that tested he positive asymptomatic for the coronavirus in April 2020 and became fully vaccinated on November 1, 2021.

Defendant's current motion does not demonstrate that the Bureau of Prisons ("BOP") has been inadequate in managing the pandemic at USP Lompoc.  Moreover, the BOP's Inmate Locator shows that Defendant is now incarcerated at Terre Haute FCI, so Defendant's complaints concerning USP Lompoc are moot.[1]  Terre Haute FCI currently reports no inmates and one staff member positive with COVID-19.[2]

Finally, the Court holds that Defendant should serve his entire sentence to reflect the seriousness of his illegal conduct.  Defendant was sentenced in August 2019 to 132 months in prison.  Defendant was convicted of violent crimes: attempted carjacking, possession of a firearm in furtherance of a crime of violence, and a Hobbs Act robbery.  To protect the public, the Court will not reduce Defendant's sentence.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Emergency Motion for Modification in Sentence and Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) is **DENIED**.  (ECF No. 210)

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this Order to Defendant at his current place of incarceration, Terre Haute FCI.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 26th day of May, 2022.

---

[1] Federal Bureau of Prisons, Find an inmate, https://www.bop.gov/inmateloc/ (last visited May 25, 2022).

[2] Federal Bureau of Prisons, COVID-19 Coronavirus page, https://www.bop.gov/coronavirus/ (last visited May 25, 2022).